ADOLPH FELDBLUM, Respondent, *v.* LAURELTON LAND COMPANY, Appellant.

*Feldblum* v. *Laurelton Land Co.*, 151 App. Div. 24, affirmed.
(Argued February 3, 1914; decided February 24, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered May 18, 1912, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a vendee's lien on real property for the amount paid on the purchase price under a contract of sale.

*Clarence E. Thornall* for appellant.

*Adolph Feldblum* and *Edward Lazansky* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WERNER, HISCOCK, COLLIN, CUDDEBACK, HOGAN and MILLER, JJ. Not voting: WILLARD BART-LETT, Ch. J.